**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**CARLOS ALBERTO DELLA VALLE ZAVALETA,**<br><br>                    **Defendant.** | **CASE NO. 3:24-mj-00072** |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    Warden
       Bureau of Corrections
       Alexander A. Farrelly Justice Center
       St. Thomas, Virgin Islands

       United States Marshal
       District of the Virgin Islands

AND NOW, it is hereby

**ORDERED and DIRECTED** that the Warden of the Bureau of Corrections, Alexander A. Farrelly Justice Center, or his deputies, shall deliver CARLOS ALBERTO DELLA VALLE ZAVALETA, to the United States Marshal Service so that CARLOS ALBERTO DELLA VALLE ZAVALETA, is produced in the District of the Virgin Islands, Division of St. Thomas and St. John, for an Initial Appearance Hearing on **Friday December 27, 2024 at 1:30 p.m. in Courtroom 2** of the District Court of the Virgin Islands, Ron de Lugo Federal Building, in the above-captioned case.

*United States v. Carlos Alberto Della Valle Zavaleta*
Case No.: 24-mj-
Writ of Habeas Corpus Ad Prosequendum
Page 2

After the Initial Appearance Hearing, the United States Marshal for the District of the Virgin Islands, or his deputies, shall forthwith return CARLOS ALBERTO DELLA VALLE ZAVALETA, to the custody of the Warden of the Alexander A. Farrelly Justice Center.

Dated: December **26**th, 2024

HONORABLE EMILE A. HENDERSON III
UNITED STATES MAGISTRATE JUDGE