Form PS 41 (11/2020-Revised)



# DISTRICT COURT OF THE VIRGIN ISLANDS
## CLERK OF COURT
## PASSPORT RECEIPT

CASE NUMBER: 2024-MJ-72

**PART I-**

NAME: Carlos Alberto Della Valle Zavaleta

DATE: 01/25/2020

PASSPORT CARD: _____

PASSPORT NUMBER: _____

COUNTRY OF ORIGIN: Mexicana

EXPIRATION DATE: 01/25/2030

DEFENDANT'S SIGNATURE: Akil King for defendant

DEPUTY CLERK'S SIGNATURE: _____

---

**Part II -**

DATE RETURNED: _____     REC'D BY: _____

REC'D FROM: _____

PURPOSE RETURNED: _____

ADDRESS (if mailed): _____

*********************************************************************

**Please Note:** *Part I* is completed when a defendant is ordered by the Court to surrender the passport as a condition of probation/pretrial release.

*Part II* is completed whenever a passport is returned to the defendant, pursuant to Court Order, for travel or other purposes. Use the original receipt when returning the passport. A new receipt form is to be completed whenever the passport is returned to the Clerk's Office. Also, Part II is completed once the case is terminated and the passport is either returned or forwarded to the State Department in accordance with the Passport Policy Procedure.