IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS ABERTO DELLA VALLE ZAVALETA | CRIM No. 2025-CR-00004 |

## COUNT ONE

*(Reentry of Removed Alien)*

On or about December 25, 2024, in the District of the Virgin Islands, defendant,

**CARLOS ABERTO DELLA VALLE ZAVALETA,**

an alien, was found in the United States after having been deported therefrom on or about September 10, 1997, at or near El Paso, Texas, and not having obtained the express consent of the Secretary of Homeland Security or the Attorney General to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

Dated: January 24, 2025

DELIA L. SMITH
United States Attorney

By: *[signature]*
Kimberly M. Riley
Assistant United States Attorney
District of the Virgin Islands