IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Case No. 25-CR-04 |
| ) | |
| CARLOS DELLA VALLE ZAVALETA, ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

## NOTICE OF TRIAL READINESS

Defendant Carlos Della Valle Zavaleta hereby files this notice in response to the Court's order found at ECF #28. Trial in this matter is scheduled for August 11, 2025 and the Defendant is prepared to proceed to trial on that date.

Dated: August 4, 2025

                                                  Respectfully submitted,

                                                  s/ Melanie L. Turnbull
                                                  MELANIE L. TURNBULL, ESQ.
                                                  Assistant Federal Defender
                                                  1336 Beltjen Road, Suite 202
                                                  St. Thomas, VI 00802
                                                  Tel (340) 774-4449
                                                  Fax (340) 776-7683
                                                  E-mail: melanie_turnbull@fd.org