# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA

v.

CARLOS ABERTO DELLA VALLE ZAVALETA,

Defendant.

CASE NO.  3:25-CR-00004

## UNITED STATES' EXHIBIT LIST

| EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | Warrant for Arrest (82-84) | | |
| 2 | I213 Record of Deportable Alien 1997 (90) | | |
| 3 | Notice to Appear (80-81) | | |
| 4 | Order (76-77) | | |
| 5 | Warrant of Removal (73-74) | | |
| 6 | Record of Persons Transferred (87-88) | | |
| 7 | Certificate of Nonexistence of Record (38) | | |
| 8 | Drivers Permit (72) | | |
| 9 | I213 Record of Deportable Alien 2024 (8-10) | | |
| 10 | Sworn Statement (1-5) | | |
| 11 | EARM Encounter Details (43-44) | | |
| 12 | Report of Investigation 01 (51) | | |
| 13 | Report of Investigation 02 (55) | | |

| 14 | Report of Investigation 03 (64) | | |
|---|---|---|---|
| 15 | Report of Investigation 04 (53) | | |
| 16 | Report of Investigation 05 (48) | | |
| 17 | Incident Report (58) | | |
| 18 | Defendants A-File (110-192) | | |

                    Respectfully submitted,

                    ADAM F. SLEEPER
                    ACTING UNITED STATES ATTORNEY

Dated: August 11, 2025        By: */s/ Denise N. George*
                                        Denise N. George
                                        Assistant United States Attorney
                                        U.S. Attorney's Office
                                        District of the Virgin Islands
                                        5500 Veterans Drive, Suite 260
                                        St. Thomas, VI 00802
                                        Tel. (340) 774-5757
                                        Denise.George@usdoj.gov