IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO. 3:25-CR-00004 |
| CARLOS ABERTO DELLA VALLE ZAVALETA, | |
| Defendant. | |

## GOVERNMENT WITNESS LIST

1. Ebonisha Hackworth
2. Christopher Lobdell
3. Jody Luntsford
4. Heather Macfarlane
5. Pamela Melemdez-Torres
6. Troy Williams
7. Kenneth Woods

                                            Respectfully submitted,

                                            ADAM F. SMITH
                                            Acting United States Attorney

Dated: August 11, 2025                By: */s/ Denise N. George*
                                               Denise N. George
                                               Assistant United States Attorney
                                               U.S. Attorney's Office
                                               District of the Virgin Islands
                                               5500 Veterans Drive, Suite 260
                                               St. Thomas, VI 00802
                                               Tel. (340) 774-5757
                                               Denise.George@usdoj.gov