## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

**UNITED STATES OF AMERICA**

v.

**CARLOS ABERTO DELLA VALLE ZAVALETA,**

Defendant.

**CASE NO.  3:25-CR-00004**

## GOVERNMENT UPDATED WITNESS LIST

1.      Ebonisha Hackworth

2.      Christopher Lobdell

3.      Jody Luntsford

4.      Heather Macfarlane

5.      Pamela Melemdez-Torres

6.      Troy Williams

Respectfully submitted,

ADAM F. SMITH
Acting United States Attorney

Dated: August 11, 2025

By: */s/ Denise N. George*
Denise N. George
Assistant United States Attorney
U.S. Attorney's Office
District of the Virgin Islands
5500 Veterans Drive, Suite 260
St. Thomas, VI 00802
Tel. (340) 774-5757
Denise.George@usdoj.gov