IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS ABERTO DELLA VALLE ZAVALETA,<br><br>Defendant. | CASE NO. 3:25-CR-00004 |

**GOVERNMENT SECOND UPDATED WITNESS LIST**

1. Ebonisha Hackworth

2. Jody Luntsford

3. Heather Macfarlane

4. Pamela Melemdez-Torres

5. Troy Williams

Respectfully submitted,

ADAM F. SMITH
Acting United States Attorney

Dated: August 11, 2025

By: */s/ Denise N. George*
Denise N. George
Assistant United States Attorney
U.S. Attorney's Office
District of the Virgin Islands
5500 Veterans Drive, Suite 260
St. Thomas, VI 00802
Tel. (340) 774-5757
Denise.George@usdoj.gov